UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose De Jesus CASILLAS–OCHOA,
Defendant–Appellant.

No. 13–10240.

United States Court of Appeals,
Ninth Circuit.

Submitted July 22, 2014.*

Filed July 29, 2014.

Mark S. Kokanovich, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Tonya Jill Peterson, Esquire, Phoenix, AZ, for Defendant–Appellant.

Jose De Jesus Casillas–Ochoa, pro se.

Before: GOODWIN, CANBY, and CALLAHAN, Circuit Judges.

### MEMORANDUM **

Jose De Jesus Casillas–Ochoa appeals from the district court's judgment and challenges his guilty-plea conviction and 42–month sentence for possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Casillas–Ochoa's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Casillas–Ochoa the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.